GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PURA M. KOUMARIAN aka PURA T. MOBO,

   Plaintiff,

v.

CHASE BANK USA, N.A., dba CHASE CARD SERVICES aka CHASE CARDMEMBER SERVICE; MANN BRACKEN, LLC,

   Defendants.

CASE NO. CV 08 4033

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L. R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Chase Bank USA, N.A. – Defendant in this action.

2. CMC Holding Delaware, Inc. – Wholly owns Chase Bank USA, N.A.

3. J.P. Morgan Equity Holding, Inc. – Wholly owns CMC Holding Delaware, Inc.

4. JPMorgan Chase & Co. – Wholly owns J.P. Morgan Equity Holding, Inc. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

RC1/5169459.1/WK1                     - 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1      5.     Mann Bracken, LLC – Defendant in this action.

2      6.     Pura M. Koumarian aka Pura T. Mobo – Plaintiff in this action.

Dated: August 25, 2008.

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.