1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A.
7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11 PURA M. KOUMARIAN aka PURA T.        CASE NO.  08 CV 4033 JL
   MOBO,
12                                      **EXHIBIT D - SUMMONS ISSUED IN
              Plaintiff,                STATE COURT ACTION**
13
        v.
14
   CHASE BANK USA, N.A., dba CHASE
15 CARD SERVICES aka CHASE
   CARDMEMBER SERVICE; MANN
16 BRACKEN, LLC,

17            Defendants.

18
        Attached hereto as Exhibit D is a copy of the Summons issued by the Superior Court of
19
   California, County of San Mateo, in the action entitled *Pura M. Koumarian aka Pura T. Mobo,*
20
   *plaintiff vs. Chase Bank USA, N.A. dba Chase Card Services aka Chase Cardmember Service;*
21
   *Mann Bracken, LLC, defendants*, Case No. CLJ 473128.
22
        Exhibit D was inadvertently excluded from the Notice of Removal filed today.
23
   Dated: August 25, 2008                      ROPERS, MAJESKI, KOHN & BENTLEY
24
                                               By:/s/ Wendy Krog
25                                                GEORGE G. WEICKHARDT
                                                  WENDY C. KROG
26                                                Attorneys for Defendant
                                                  CHASE BANK USA, N.A.
27

28

RC1/5172288.1/WK1                        - 1 -
NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

**EXHIBIT D**

| | SUM-100 |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)*<br>NOTICE TO DEFENDANT:<br>*(AVISO AL DEMANDADO):*<br>CHASE BANK USA, N.A., dba CHASE CARD SERVICES aka CHASE CARDMEMBER SERVICE; MANN BRACKEN, LLC<br><br>YOU ARE BEING SUED BY PLAINTIFF:<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>PURA M. KOUMARIAN aka PURA T. MOBO | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ENDORSED FILED**<br>SAN MATEO COUNTY<br>MAY 27 2008<br>Clerk of the Superior Court<br>By R. Montgomery<br>DEPUTY CLERK |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp); your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
Southern Branch - Limited Civil
400 County Center, Redwood City, CA 94063-1655

CASE NUMBER: *(Número del Caso):*
**CLJ473128**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925, (415) 924-0742   **R. MONTGOMERY**

| DATE: *(Fecha)* MAY 27 2008 | JOHN C. FITTON | Clerk, by *(Secretario)* _____ , Deputy *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc. \| www.USCourtForms.com |

5-12

CASE NAME:    *Koumarian v. Chase Bank USA, N.A., et al.*

ACTION NO.:    **08 CV 4033 JL**

## PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 25, 2008, I served the following documents:

**EXHIBIT D - SUMMONS ISSUED IN STATE COURT ACTION**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| *Attorneys for plaintiff* <br> Irving L. Berg, Esq. <br> THE BERG LAW GROUP <br> 145 Town Center, PMB 493 <br> Corte Madera, CA 94925 <br> Tel: (415) 924-0742 <br> Fax: (415) 891-8208 <br> E-mail: irvberg@comcast.net | *Attorneys for Mann Bracken, LLC* <br> Mark E. Ellis, Esq. <br> Andrew M. Steinheimer, Esq. <br> Darrell W. Spence, Esq. <br> ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER LLP <br> 555 University Ave., Suite 200 East <br> Sacramento, CA 95825 <br> Tel: (916) 283-8820; Fax: (916) 283-8821 |

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 25, 2008        /s/ Denise Jackson