UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pura M. Koumarian, et al.,

        Plaintiffs,                          Case No. C 08-4033 JL

    v.                                  RECUSAL ORDER

Chase Bank USA, et al.,

        Defendants.

_____/

      TO ALL PARTIES AND COUNSEL OF RECORD:

      This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

      IT IS SO ORDERED.

Dated: September 2, 2008

_____
JAMES LARSON
United States Magistrate Judge