United States District Court

For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   PURA M. KOUMARIAN,                     No. C-08-4033 MMC
11           Plaintiff,                     **ORDER VACATING CASE
                                            MANAGEMENT CONFERENCE;**
12      v.                                  **DIRECTING PARTIES TO FILE JOINT
                                            STATUS REPORT**
13   CHASE BANK USA, N.A., et al.,
14           Defendants,
15   _____/
16   AND RELATED COUNTERCLAIM.
17   _____/
18          In light of plaintiff/counterclaim defendant Pura M. Koumarian's ("Koumarian") having
19   filed, on February 28, 2009, a Chapter 7 Petition with the United States Bankruptcy Court
20   for the Northern District of California, the Case Management Conference currently
21   scheduled for May 1, 2009 in the above-titled action is hereby VACATED and will be reset
22   by the Court following the resolution of Koumarian's Chapter 7 Petition.
23          The parties are hereby DIRECTED to file a Joint Status Report no later than 30 days
24   following the resolution of such petition or 180 days from the date of this order, whichever is
25   earlier.
26          **IT IS SO ORDERED.**
27   Dated:  April 28, 2009                        _____
28                                                 MAXINE M. CHESNEY
                                                   United States District Judge