IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PURA M. KOUMARIAN,

    Plaintiff,

  v.

CHASE BANK USA, N.A., et al.,

    Defendants,
_____/

AND RELATED COUNTERCLAIM.
_____/

No. C-08-4033 MMC

**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL; CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

    Plaintiff having informed the Court that the claims alleged in the above-titled action have been automatically stayed pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said plaintiff (see Notice filed February 28, 2009), IT IS HEREBY ORDERED that the Pretrial Conference and Trial, currently scheduled for July 14, 2009 and July 27, 2009, respectively, are VACATED, and the case is hereby CLOSED for statistical purposes only.

    Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: July 9, 2009

                                             MAXINE M. CHESNEY
                                             United States District Judge